IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:19CR00005 |
| v. | ) | |
| | ) | INFORMATION |
| JACQUELINE HANDLY | ) | |
| | ) | In Violation of: |
| | ) | 21 U.S.C. §843(a)(3) |

The United States Attorney charges:

### COUNTS 1-3
(Possession of a controlled substance by forgery)

1. On or about the dates listed below, in the Western District of Virginia, the defendant **JACQUELINE HANDLY**, did knowingly and intentionally acquire and obtain possession of controlled substances, as listed below, by misrepresentations, fraud, forgery, deception, and subterfuge:

| Count | Prescription # | Written | Filled | Drug |
|---|---|---|---|---|
| Count 1 | 01625287 | 06/23/2017 | 06/23/2017 | Tussionex 240 ML |
| Count 2 | 01188785 | 07/12/2017 | 07/14/2017 | Hydrocodone-Acetaminophen 7.5/325 (#30) |
| Count 3 | 699471 | 08/03/2017 | 08/05/2017 | Tussionex 240 ML |

2. All in violation of Title 21, United States Code, Section 843(a)(3).

Date: 3/5/19

THOMAS T. CULLEN
UNITED STATES ATTORNEY